Emerson v Krackow (2023 NY Slip Op 03613)

Emerson v Krackow

2023 NY Slip Op 03613

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, BANNISTER, AND OGDEN, JJ.

411 CA 22-00708

[*1]BETSEY H. EMERSON AND DOUGLAS E. EMERSON, PLAINTIFFS-APPELLANTS,
v
GRETCHEN KRACKOW, AS ATTORNEY IN FACT FOR KENNETH A. KRACKOW, M.D., AND UNIVERSITY ORTHOPAEDIC SERVICES, INC., DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

LAW OFFICE OF J. MICHAEL HAYES, BUFFALO (J. MICHAEL HAYES OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
EAGAN & HEIMER, PLLC, BUFFALO (JAMES E. EAGAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 2, 2022. The order granted in part the motion of defendants for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Emerson v Kaleida Health ([appeal No. 1] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court